1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL L. SANDERS,<br><br>       Petitioner,<br><br> v.<br><br>CLARK COUNTY JAIL, KRISTINE DUNCAN, GREGORY HARVEY,<br><br>       Respondents. | No. C14-5913 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(2)   The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.** Petitioner's motion for application to proceed in forma pauperis (Dkt. 1) is **denied as moot.** A certificate of appealability is **denied.**

(3)   The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 15th day of December, 2014.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1